# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | C.A. No. _____ <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff IPA Technologies Inc. ("IPA") as for its complaint against Defendant Microsoft Corporation ("Microsoft" or "Defendant") alleges as follows:

## PARTIES

1. IPA is a Delaware corporation with a principal place of business at 600 Anton Blvd., Suite 1350, Costa Mesa, California 92626.

2. On information and belief, Defendant Microsoft is a Delaware corporation with a principal place of business at One Microsoft Way, Redmond, Washington 98052. Microsoft can be served with process via its registered agent, The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has specific and general personal jurisdiction over Defendant pursuant to due process and/or the Delaware Long Arm Statute, due to Defendant having

availed itself of the rights and benefits of Delaware by incorporating under Delaware law and due to its substantial business in this forum, including: (i) at least a portion of the infringement alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Delaware and in this Judicial District.

5. Venue is proper in this District under 28 U.S.C. §§ 1391 (b)-(c) and 1400(b) because Defendant is resident in this District as it is incorporated in Delaware.

## BACKGROUND

6. SRI International, Inc. ("SRI"), the original owner of the patents-in-suit, is an independent, not-for-profit research institute that conducts client-supported research and development for government agencies, commercial businesses, foundations, and other organizations.

7. Among its many areas of research, SRI has engaged in fundamental research and development related to personal digital assistants and speech-based navigation of electronic data sources.

8. SRI's innovative work on personal digital assistants was a key area of development in one of the world's largest artificial intelligence projects, the Cognitive Assistant that Learns and Organizes ("CALO"). The vision for the SRI-led CALO project, which was funded by the U.S. Defense Advanced Research Projects Agency ("DARPA"), was to create groundbreaking software that could revolutionize how computers support decision-makers.

9. SRI's work on personal digital assistants and speech-based navigation of electronic data sources, which started before the launch of the CALO project, developed

further as part of the project. SRI's engineers were awarded numerous patents on their groundbreaking personal digital assistant and speech-based navigation inventions.

10. To bring the personal digital assistant and speech-based navigation technology to the marketplace, SRI formed the spin-off company Siri, Inc. in 2007, and granted it a non-exclusive license to the patent portfolio. The technology was demonstrated as an iPhone app at technology conferences and later released as an iPhone 3GS app in February 2010. In April 2010, Apple Inc. acquired Siri, Inc. In 2011, the Siri personal digital assistant was released as an integrated feature of the iPhone 4S.

11. Speech-based navigation of electronic data sources has continued to be implemented as an effective and user-friendly solution for interacting with electronic devices.

12. On May 6, 2016, IPA acquired the SRI speech-based navigation patent portfolio. IPA is a wholly-owned subsidiary of WiLAN, a leading technology innovation and licensing business actively engaged in research, development, and licensing of new technologies.

## ASSERTED PATENTS

13. IPA is the owner by assignment of U.S. Patent No. 6,742,021 (the "'021 Patent"). The '021 Patent is entitled "Navigating Network-Based Electronic Information Using Spoken Input With Multimodal Error Feedback." The '021 Patent issued on May 25, 2004. A true and correct copy of the '021 Patent is attached hereto as Exhibit A.

14. IPA is the owner by assignment of U.S. Patent No. 6,523,061 (the "061 Patent"). The '061 Patent is entitled "System, Method, and Article of Manufacture For Agent-Based Navigation in a Speech-Based Data Navigation System." The '061 Patent

issued on February 18, 2003. A true and correct copy of the '061 Patent is attached hereto as Exhibit B.

## COUNT I
### (Infringement of U.S. Patent No. 6,742,021)

15.     Plaintiff re-alleges and incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

16.     Plaintiff is informed and believes, and on that basis alleges, that Defendant has infringed and is currently infringing one or more claims (*e.g.*, claim 1) of the '021 Patent, in violation of 35 U.S.C. § 271.

17.     Defendant has infringed and is currently infringing literally and/or under the doctrine of equivalents, by, among other things, making, using, offering for sale, selling, and/or importing within this judicial district and elsewhere in the United States, without license or authority, infringing products having the Microsoft Cortana digital assistant, including but not limited to Surface, Surface Pro, Surface Book, desktops and/or laptops and/or tablets with the Windows 10 operating system, and related products and/or processes falling within the scope of one or more claims of the '021 Patent, and the Microsoft Cortana digital assistant itself ("Microsoft Cortana-enabled products"), including at least claim 1. Exemplary claim 1 is reproduced below:

> A method for speech-based navigation of an electronic data source, the electronic data source being located at one or more network servers located remotely from a user, comprising the steps of:
>
> (a) receiving a spoken request for desired information from the user;
>
> (b) rendering an interpretation of the spoken request;
>
> (c) constructing at least part of a navigation query based upon the interpretation;
>
> (d) soliciting additional input from the user, including user interaction in a non-

spoken modality different than the original request without requiring the user to request said non-spoken modality;

(e) refining the navigation query, based upon the additional input;

(f) using the refined navigation query to select a portion of the electronic data source; and

(g) transmitting the selected portion of the electronic data source from the network server to a client device of the user.

18.  Defendant's acts of making, using, offering for sale, selling, and/or importing infringing products having the Microsoft Cortana digital assistant or being the Microsoft Cortana digital assistant itself, including but not limited to Microsoft Cortana-enabled products, satisfy, literally or under the doctrine of equivalents, each and every claim limitation, including but not limited to limitations of claim 1.  For example, the Microsoft Cortana-enabled products use speech-based navigation of an electronic data source.  The Microsoft Cortana-enabled products receive a spoken request for desired information from the user (such as a spoken request for reminders, package tracking, flights, and finding other facts, files, places and information), render an interpretation of the spoken request, construct at least part of a navigation query based on the spoken request, solicit additional input from the user, including user interaction in a non-spoken modality different than the original request without requiring the user to request the non-spoken modality, and transmit the selected portion from a network server to the Microsoft Cortana-enabled products, as described as follows with respect to the Cortana digital

assistant:[1]



---

[1] Plaintiff reserves the right to identify additional asserted claims as this litigation proceeds. For example, Plaintiff expressly reserves the right to identify additional asserted claims in its infringement contentions to be served during the discovery process.

Here are some things Cortana can do for you:

- Give you reminders based on time, places, or people.
- Track packages, teams, interests, and flights.
- Send emails and texts.
- Manage your calendar and keep you up to date.
- Create and manage lists.
- Chit chat and play games.
- Find facts, files, places, and info.
- Open any app on your system.

(https://support.microsoft.com/en-us/help/17214/windows-10-what-is)

# Windows 10

You get the best features and a fully optimized experience with Cortana for Windows 10. From voice activation on a Windows 10 phone to perfectly time reminders that show up across all your Windows 10 devices. Cortana works on your phone, PC, and tablet to help keep you organized.*



(https://www.microsoft.com/en-us/mobile/experiences/cortana/)

19.     Defendant has also infringed indirectly and continues to infringe indirectly the '021 Patent by active inducement under 35 U.S.C. § 271(b).

20.     On information and belief, Defendant gained knowledge of the '021 Patent when Plaintiff previously filed complaints against Original Equipment Manufacturers (OEMs) that make and sell devices incorporating Microsoft Operating systems that include the Cortana digital assistant.  On information and belief, Microsoft was notified by one or more of these Original Equipment Manufacturers of Plaintiffs' claims of infringement relating to the Cortana digital assistant.

21.     On information and belief, Defendant has intended, and continues to intend, to induce patent infringement by its users and has had knowledge that the inducing acts would cause infringement or has been willfully blind to the possibility that

its inducing acts would cause infringement. For example, Defendant encourages end users to perform speech-based navigation of an electronic data source pursuant to the method claimed in claim 1 of the '021 Patent through the very nature of the products (*e.g.*, https://blogs.windows.com/devices/2015/12/01/how-to-use-cortana-on-your-surface/ ("How to use Cortana on your Surface")); *see also e.g.,* https://www.microsoft.com/en-us/download/details.aspx?id=47715 "Cortana is your personal digital assistant in Windows 10…She can search the web, find things on your PC, show you the local news and weather, and provide reminders based on time or location. Just tell Cortana what you want, and she'll be there to help you out"; https://msdn.microsoft.com/en-us/cortana/voicecommands/support-natural-language-voice-commands-in-cortana; https://msdn.microsoft.com/en-us/cortana/voicecommands/interact-with-a-background-app-in-cortana#Disambiguation_screen; and https://msdn.microsoft.com/en-us/library/windows/apps/windows.media.speechrecognition.speechrecognitionresult.aspx (describing the API or program code used by Cortana. By using the infringing products to perform speech-based navigation of an electronic data source, users directly infringe at least claim 1of the '021 Patent. By continuing to provide instructions to users on how to use the infringing products to perform speech-based navigation of an electronic data source using a method as claimed in claim 1 of the '021 Patent, and by continuing to encourage such use, Defendant has and continues to specifically intend to induce infringement of the '021 Patent.

22. Pursuant to the facts alleged above, Microsoft continued its infringing conduct without alteration or mitigation after learning of the '021 Patent and Microsoft's

9

infringement of the '021 Patent through its Cortana digital assistant. Thus Microsoft's infringement has been, and continues to be, willful.

23. To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '021 Patent.

24. As a result of Defendant's infringement of the '021 Patent, Plaintiff has suffered monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court, and Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

25. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, representatives, affiliates, and all others acting or in active concert therewith from infringing the '021 Patent, Plaintiff will be greatly and irreparably harmed.

## COUNT II
### (Infringement of U.S. Patent No. 6,523,061)

26. Plaintiff re-alleges and incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

27. Plaintiff is informed and believes, and on that basis alleges, that Defendant has infringed and is currently infringing one or more claims (*e.g.*, claim 1) of the '061 Patent, in violation of 35 U.S.C. § 271.

28. Defendant has infringed and is currently infringing literally and/or under the doctrine of equivalents, by, among other things, making, using, offering for sale, selling, and/or importing within this judicial district and elsewhere in the United States,

without license or authority, infringing products having the Microsoft Cortana digital assistant, including but not limited to Surface, Surface Pro, Surface Book, desktops and/or laptops and/or tablets with the Windows 10 operating system, and related products and/or processes falling within the scope of one or more claims of the '061 Patent, and the Microsoft Cortana digital assistant itself ("Dell Cortana-enabled products"), including at least claim 1. Exemplary claim 1 is reproduced below:

> A method for utilizing agents for speech-based navigation of an electronic data source, comprising the steps of:
>
> (a) receiving a spoken request for desired information from a user;
>
> (b) rendering an interpretation of the spoken request;
>
> (c) constructing a navigation query based upon the interpretation;
>
> (d) routing the navigation query to at least one agent, wherein the at least one agent utilizes the navigation query to select a portion of the electronic data source; and
>
> (e) invoking a user interface agent for outputting the selected portion of the electronic data source to the user, wherein a facilitator manages data flow among multiple agents and maintains a registration of each of said agents' capabilities.

29.     Defendant's acts of making, using, offering for sale, selling, and/or importing infringing products having the Microsoft Cortana digital assistant, including but not limited to Microsoft Cortana-enabled products, satisfy, literally or under the doctrine of equivalents, each and every claim limitation, including but not limited to limitations of claim 1.  For example, the Microsoft Cortana-enabled products use speech-based navigation of an electronic data source.  The Microsoft Cortana-enabled products receive a spoken request for desired information from the user (such as a spoken request for reminders, package tracking, flights, and finding other facts, files, places and

information), render an interpretation of the spoken request, construct a navigation query based on the interpretation, route the navigation query to at least one agent that utilizes the navigation query to select a portion of the electronic data source, and invoke a user interface agent for outputting the selected portion of the electronic data source wherein a facilitator manages data flow among multiple agents and maintains a registration of each of the agents' capabilities, as described as follows with respect to the Cortana digital assistant:[2]

---

[2] Plaintiff reserves the right to identify additional asserted claims as this litigation proceeds. For example, Plaintiff expressly reserves the right to identify additional asserted claims in its infringement contentions to be served during the discovery process.



Here are some things Cortana can do for you:

- Give you reminders based on time, places, or people.
- Track packages, teams, interests, and flights.
- Send emails and texts.
- Manage your calendar and keep you up to date.
- Create and manage lists.
- Chit chat and play games.
- Find facts, files, places, and info.
- Open any app on your system.

(https://support.microsoft.com/en-us/help/17214/windows-10-what-is)

# Windows 10

You get the best features and a fully optimized experience with Cortana for Windows 10. From voice activation on a Windows 10 phone to perfectly time reminders that show up across all your Windows 10 devices. Cortana works on your phone, PC, and tablet to help keep you organized.*



(https://www.microsoft.com/en-us/mobile/experiences/cortana/)

30. Defendant has also infringed indirectly and continues to infringe indirectly the '061 Patent by active inducement under 35 U.S.C. § 271(b).

31. On information and belief, Defendant gained knowledge of the '061 Patent when Plaintiff previously filed complaints against Original Equipment Manufacturers (OEMs) that make and sell devices incorporating Microsoft Operating systems that include the Cortana digital assistant. On information and belief, Microsoft was notified by one or more of these Original Equipment Manufacturers of Plaintiffs' claims of infringement relating to the Cortana digital assistant.

32. On information and belief, Defendant has intended, and continues to intend, to induce patent infringement by its users and has had knowledge that the inducing acts would cause infringement or has been willfully blind to the possibility that

its inducing acts would cause infringement.  For example, Defendant encourages end users to perform speech-based navigation of an electronic data source as claimed in claim 1 of the '061 Patent through the very nature of the products (*e.g.*, https://blogs.windows.com/devices/2015/12/01/how-to-use-cortana-on-your-surface/ ("How to use Cortana on your Surface"), *see also, e.g.,* https://www.microsoft.com/en-us/download/details.aspx?id=47715 "Cortana is your personal digital assistant in Windows 10…She can search the web, find things on your PC, show you the local news and weather, and provide reminders based on time or location. Just tell Cortana what you want, and she'll be there to help you out"; https://msdn.microsoft.com/en-us/cortana/voicecommands/support-natural-language-voice-commands-in-cortana; https://msdn.microsoft.com/en-us/cortana/voicecommands/interact-with-a-background-app-in-cortana#Disambiguation_screen; and https://msdn.microsoft.com/en-us/library/windows/apps/windows.media.speechrecognition.speechrecognitionresult.aspx (describing the API or program code used by Cortana). By using the infringing products to perform speech-based navigation of an electronic data source, users directly infringe at least claim 1 of the '061 Patent.  By continuing to provide instructions to users on how to use the infringing products to perform speech-based navigation of an electronic data source using a method as claimed in claim 1 of the '061 Patent, and by continuing to encourage such use, Defendant has and continues to specifically intend to induce infringement of the '061 Patent.

      33.     Pursuant to the facts alleged above, Microsoft continued its infringing conduct without alteration or mitigation after learning of the '061 Patent and Microsoft's

infringement of the '061 Patent through its Cortana digital assistant. Thus Microsoft's infringement has been, and continues to be, willful.

34. To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '061 Patent.

35. As a result of Defendant's infringement of the '061 Patent, Plaintiff has suffered monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court, and Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

36. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, representatives, affiliates, and all others acting or in active concert therewith from infringing the '061 Patent, Plaintiff will be greatly and irreparably harmed.

## **PRAYER FOR RELIEF**

Plaintiff prays for the following relief:

A. A judgment that Defendant has infringed one or more claims of the '021 and '061 Patents;

B. A permanent injunction enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with Defendant, from infringing the '021 and '061 Patents;

C. An award of damages resulting from Defendant's acts of infringement in accordance with 35 U.S.C. § 284, including enhancement of damages;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant.

E. A judgment and order requiring Defendant to provide accountings and to pay supplemental damages to Plaintiff, including, without limitation, prejudgment and post-judgment interest; and

F. Any and all other relief to which Plaintiff may show itself to be entitled.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: January 1, 2018

OF COUNSEL:

Marc A. Fenster
Brian Ledahl
Adam Hoffman
Amir Naini
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
anaini@raklaw.com

BAYARD, P.A.

*/s/Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff IPA Technologies, Inc.*