

600 North King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

October 7, 2022

**BY CM/ECF**

The Honorable Richard G. Andrews  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

      *RE: IPA Technologies Inc. v. Microsoft Corp.*, No. 1:18-cv-00001-RGA-SRF (D. Del.)

Dear Judge Andrews,

      I write on behalf of Plaintiff IPA Technologies Inc. in the above captioned matter and in response to the Court's October 6, 2022 Oral Order respectfully to confirm that the Court's understanding is correct and that IPA consents to the dismissal of claims 8-10, 63, and 86-89 of the '115 Patent and claim 28 of the '560 Patent with prejudice. Should Your Honor have any questions or require any additional information, counsel for Plaintiff is available at the convenience of the Court.

      Respectfully submitted,

      */s/ Stephen B. Brauerman*

      Stephen B. Brauerman (No. 4952)

cc:    All counsel of record