

600 North King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4238  
Email: rgolden@bayardlaw.com

November 1, 2022

**BY CM/ECF**

The Honorable Richard G. Andrews  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

      *RE: IPA Technologies Inc. v. Microsoft Corp.*, No. 1:18-cv-00001-RGA-SRF (D. Del.)

Dear Judge Andrews,

      I write respectfully on behalf of both parties in the above captioned action and in response to Your Honor's October 18, 2022 request for a status report (D.I. 90.). Enclosed for Your Honor's review and approval please find an Amended Proposed Scheduling Order. While the parties were able to resolve a number of disagreements, they have submitted competing proposals for Paragraphs 3.e.i and 7. The parties are proceeding with discovery and working on a protocol to resume source code review. Should Your Honor have any questions or require any additional information, counsel for Plaintiff is available at the convenience of the Court.

      Respectfully submitted,

      */s/ Stephen B. Brauerman*

      Stephen B. Brauerman (No. 4952)

cc:    All counsel of record