IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IPA TECHNOLOGIES INC.,

        Plaintiff,

v.

MICROSOFT CORPORATION,

        Defendant.

C.A. No. 1:18-cv-00001-RGA-SRF

### [PROPOSED] FINAL CLAIM CONSTRUCTION ORDER

After having considered the submissions of the parties and hearing oral argument on the matter, and in accordance with the reasoning set forth in the Court's Memorandum Opinions dated April 27, 2023 (D.I. 143) and April 25, 2024 (D.I. 341),

**IT IS HEREBY ORDERED** that the terms in U.S. Patent No. 7,069,560 ("the '560 patent") set forth below are construed or adopted as follows:

| *Claim Term* | *Patent Claims* | *Court's Construction* |
|---|---|---|
| "sub-goal" | '560 patent: claims 50, 53, 54 | "subgoals, when not modified by 'one or more,' means "two or more subgoals" |
| "goal satisfaction plan" | '560 patent: claim 50 | "plan for satisfying a goal that includes delegating sub-goals to specific agents, is not limited to asking service providing agents to retrieve information, and is consistent with advice parameters." |
| "layer" | '560 patent: claims 50, 53, 54 | "a set of rules that are a part of the ICL" |
| "layer of conversational protocol" | '560 patent: claims 50, 53, 54 | "a layer which governs the structure of interagent communications" |
| "request for a service" / "service request" | '560 patent: claims 50, 53, 54 | "a user request that is recited in the claimed ICL and must meet every requirement of the claimed ICL" |

1

| "base goal" | '560 patent: claims 50, 53, 54 | "starting goal" |
| --- | --- | --- |
| "cooperative task completion / cooperative completion of the base goal" | '560 patent: claims 50, 53, 54 | plain and ordinary meaning |
| "inter-agent language" / "inter-agent communication language" / "ICL" | '560 patent: claims 50, 53, 54 | "an interface, communication, and task coordination language" |
| "event" | '560 patent: claims 50, 53, 54 | "a message between agents or between an agent and a facilitator" |
| "non-syntactic decomposition" | '560 patent: claims 50, 53, 54 | "separating or resolving into constituent parts based on factors other than syntax" |
| "agent registry" / "registry of capabilities of the service-providing electronic agents" | '560 patent: claims 50, 53, 54 | plain and ordinary meaning |
| "event type(s)" | '560 patent: claims 50, 53, 54 | "type of event" |
| "parameter lists associated with one or more events" / "wherein the parameter lists further refine the one or more events" | '560 patent: claims 50, 53, 54 | "lists of parameters that refine associated events" |

IT IS SO ORDERED this 2nd day of May, 2024.

Richard G. Andrews
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE