IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 1:18-cv-00001-RGA |

## VERDICT FORM

In the verdict form:

1. IPA refers to Plaintiff IPA Technologies Inc.

2. Microsoft refers to Defendant Microsoft Corporation

3. The '560 Patent refers to U.S. Patent No. 7,069,560

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## QUESTION 1: INFRINGEMENT

(The question regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.)

Has IPA proven, by a preponderance of the evidence, that Microsoft infringed the following claims of the asserted patent?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for IPA. "No" is a finding for Microsoft.*

### '560 Patent

    Claim 50:    YES __X__    NO ____

    Claim 53:    YES __X__    NO ____

    Claim 54:    YES __X__    NO ____

**Please proceed to the next question.**

## QUESTION 2: INVALIDITY

(The question regarding invalidity should be answered regardless of your findings with respect to infringement.)

Did Microsoft prove, by clear and convincing evidence, that the following claims of the asserted patent are invalid as anticipated by the WARREN implementation of the RETSINA system?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for Microsoft. "No" is a finding for IPA.*

### '560 Patent

| Claim 50: | YES _____ | NO __X__ |
| Claim 53: | YES _____ | NO __X__ |
| Claim 54: | YES _____ | NO __X__ |

**Please proceed to the next question.**

## QUESTION 3: DAMAGES

(Please answer this question only if you have found at least one claim infringed (*see* Question 1) and the same claim not invalid (*see* Question 2.)

What sum of money do you find IPA has proven by a preponderance of the evidence that it is entitled to as a reasonable royalty?

$ 242,000,000.00

**Please proceed to the Final Page of the Verdict Form.**

4

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the Verdict Form and bring it when the jury is brought back to the courtroom.

Signed this 10 day of MAY, 2024



Jury Foreperson