**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IPA TECHNOLOGIES INC.,

                Plaintiff,

v.

MICROSOFT CORPORATION,

                Defendant.

C.A. No. 1:18-cv-00001-RGA-SRF

## TRIAL VERDICT

The jury having deliberated on the claims and defenses asserted at trial, and the jury having reached a verdict (D.I. 370), judgment of infringement and no invalidity of claims 50, 53, and 54 of U.S. Patent No. 7,069,560 is hereby entered for IPA Technologies Inc. and against Microsoft Corporation in the amount of $242,000,000.00.

IT IS SO ORDERED this 10th day of May, 2024.

_____

HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE